**Order filed February 9, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00896-CR

_____

**JEREMY LEE GARZA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 176th District Court
Harris County, Texas
Trial Court Cause No. 1260971**

## ORDER

The reporter's record in this case was due January 23, 2012. _See_ Tex. R. App. P. 35.2. On January 17, 2012, all but volumes 6 and 9 of the reporter's record were filed. We therefore issue the following order.

We order Judy Ann Fox, the official court reporter, to file volumes 6 and 9 of the record in this appeal on or before **March 1, 2012**.

PER CURIAM